**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE  DIVISION**

**CIVIL NO. 1:09CV237-T-02
(1:08CR43-1-T)**

| | |
|---|---|
| **BLAKE CHARLES LORCHER,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **vs.** ) | **J U D G M E N T** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

For the reasons set forth in the Memorandum and Order filed

herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that

Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28

U.S.C. § 2255 is **DENIED** and this action is hereby **DISMISSED WITH**

**PREJUDICE.**

Petitioner is hereby placed on notice that no future motion pursuant

to 28 U.S.C. § 2255 may be filed absent permission from the United States

Fourth Circuit Court of Appeals.

Signed: July 17, 2009

Lacy H. Thornburg
United States District Judge